Elizabeth Bristol, as Guardian ad Litem of William Bristol, an Infant, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Mary E. Hamlin, Respondent, v. Charles F. Hamlin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Lydia A. Hubbell, Respondent, v. Almon S. Wakeman, Appellant, Impleaded with The Farmers' Reliance Insurance Company of Chemung, Schuyler and Yates Counties, New York.— Judgment unanimously affirmed, with costs. No opinion.

Charles J. Knapp, Respondent, v. Harper & Brothers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Henry Lyme, Respondent, v. Robert Oliver, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Accounting of Helen J. Hanson, as Committee of the Person and Estate of Henry B. Hanson, an Incompetent Person, Respondent. Walter H. Hanson, Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Kellogg, J., not sitting.

In the Matter of the Application of Ira E. Betts, Respondent, to Alter and Lay Out a New Highway in the Town of Delhi, Delaware County, New York, and the Assessment of Damages Therefor. John Wilson, Commissioner of Highways of the Town of Delhi, and Others, Appellants; Isaac Lasher and Others, Respondents. Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Albert H. Newton, Appellant, v. Cornelius R. Sheffer and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion.

Jay N. Ostrander, Appellant, Respondent, v. The State of New York, Respondent, Appellant.— Judgment unanimously affirmed, without costs. No opinion.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Relator, v. The Board of Railroad Commissioners of the State of New York and Hancock and East Branch Railroad Company, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, upon the opinion in *People ex rel. Delaware & Hudson Co.* v. *Board of Railroad Commissioners* (*ante*, p. 492).

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Relator, v. The Public Service Commission of the Second District and Frank W. Stevens and Others, as Members of the Public Service Commission of the Second District, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

Ira P. Swan, as Administrator, etc., of William E. Swan, Deceased, Respondent, v. James Harold Warner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Cora A. Walker, Respondent, v. The Town of Pittsfield, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Sewell, J., dissenting.

Mary E. Wilson, Respondent, v. Llewellin Boyce, Appellant, Impleaded with Harriet Ross and Others.— Judgment unanimously affirmed, with costs. No opinion.